IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2023 FEB 22 PM 4:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TALIAFERRO D. THOMPSON, and<br>ANDREW I. KINCAID<br><br>Defendants. | 8:22CR31<br>23<br>INDICTMENT<br><br>18 U.S.C. § 2113(a), (d) & (e)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT I

On or about January 26, 2022, in the District of Nebraska, the defendants, TALIAFERRO D. THOMPSON and ANDREW I. KINCAID, aiding and abetting each other, did by force, violence and intimidation, take from the person and presence of another, money, belonging to and in the care, custody, control, management and possession of the First National Bank located at 2625 S. 175th Street, Omaha, Nebraska, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing such offense, the defendants, TALIAFERRO D. THOMPSON and ANDREW I. KINCAID, did assault and put in jeopardy the life of another person, Victim 1, Victim 2, Victim 3, Victim 4, and Victim 5, by the use of a dangerous weapon, that is a firearm, and through physical violence; and, it is further alleged, while committing such offense, that the defendants, TALIAFERRO D. THOMPSON and

ANDREW I. KINCAID, defendant, did force multiple victim to accompany the defendants inside the vault of the First National Bank at gunpoint.

In violation of Title 18, United States Code, Sections 2113(a), (d), and (e).

## COUNT II

On or about January 26, 2022, in the District of Nebraska, K TALIAFERRO D. THOMPSON and ANDREW I. KINCAID, defendants herein, aiding and abetting each other, did knowingly brandish, use and carry a firearm, to wit, handguns, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the bank robbery alleged in Count I, in violation of Title 18, United States Code, Section 2113(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
Lesley Woods, TX #24092092
Assistant United States Attorney

2